## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH PRESTI,                                    )
on behalf of plaintiff and the class members     )
described herein,                                 )
     Plaintiff,                                )
                                                 )
    v.                                        )
                                                 )
TOYOTA MOTOR SALES (U.S.A.), INC.,               )
and COLONIAL IMPORTS CORP., d/b/a                )
TOYOTA OF NASHUA,                                )
     Defendant                                 )

## COMPLAINT– CLASS ACTION

## INTRODUCTION

1.    Plaintiff Joseph Presti brings this action to secure redress for unfair and deceptive practices in connection with a "tire savings event."  The promotion advertises "Three tires at regular price, fourth tire for one dollar."  However, the three tires are sold at prices in excess of those for which they normally sell.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §1332 (Class Action Fairness Act).

The total amount in controversy, on a classwide basis, exceeds $5 million, exclusive of interest and costs.  There are more than 100 class members.  As set forth below, there is diversity between the plaintiff and many class members and both defendants.

3.    Personal jurisdiction and venue are proper because both defendants intentionally seek to market to residents of Massachusetts.

## PARTIES

4.      Plaintiff Joseph Presti is a resident, domiciliary and citizen of Littleton, Middlesex County, Massachusetts.

5.      Defendant Toyota Motor Sales (U.S.A.), Inc. ("TMS"), is a California corporation with its principal place of business located at 19001 S. Western Ave., Torrance, CA 90501.  Its registered agent and office is CT Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110.  It imports, advertises and sells Toyota vehicles and accessories in the United States.

6.      Defendant Colonial Imports Corp., d/b/a Toyota of Nashua ("CIC"), is a New Hampshire corporation which operates a Toyota dealership at 10 Marmon Drive, Nashua, NH 03060, which is its principal place of business.

7.      CIC, d/b/a Toyota of Nashua, regularly markets to residents of Massachusetts generally and residents of Littleton in particular.  Its Web site states: "Our Toyota dealership is proud to serve NH drivers from Concord, Manchester, Salem, Keene, Londonderry, Bedford and Portsmouth, as well as Massachusetts drivers from Tewksbury, Lowell, Amherst, Littleton and Salem. We're dedicated to providing a top-notch dealership experience whether you visit us for new or used Toyota sales, service or parts."  (http://www.toyotaofnashua.com/).

## FACTS

8.      In September-October 2016, defendant TMS, in concert with numerous Toyota dealers throughout the United States, including CIC, had a "tire savings event" offering, "buy 3 tires, get the 4th for $1.".

9.    <u>Exhibit A</u> is an example of the promotional literature used by defendant TMS to advertise this event.  (This mailer involved a dealer in Illinois, but on information and belief was similar or the same everywhere except for the name and address and contact information of the participating dealer.)   Other examples of ads for the promotion are in <u>Exhibit B</u>.

10.    The promotion expressly stated that it involved "Three tires at regular price, fourth tire for one dollar."  This representation was standard throughout the "tire savings event" offering.

11.    In fact, the "regular price" of the tires offered pursuant to the promotion was increased above their normal selling price.

12.    Plaintiff visited CIC (two miles north of the Massachusetts-New Hampshire state line) in response to the tire promotion.

13.    At CIC, plaintiff was offered three tires at $173 each plus one at $1.  (<u>Exhibit C</u>)

14.    In fact, the tires had been regularly sold at $149.30 per tire prior to the promotion. (<u>Exhibit D</u>)

15.    Plaintiff complained and got a $35 "loyalty" discount, but still had to pay more than $149.30 per tire for the 3 tires. (<u>Exhibit E</u>) (There was also a manufacturer rebate that anyone could get regardless of the promotion; prices quoted are prior to the rebate.)

16.    After the promotion, the price of the tires was reduced to under $150 each.

17.    It is the policy and practice of TMS and Toyota dealers, including CIC, to increase the "regular price" of tires sold pursuant to the "tire savings event" above the normal sales price of the tires.

18.     The Federal Trade Commission ("FTC") and the courts, applying §5 of the FTC Act, 15 U.S.C. §45, have long held that a seller cannot refer in advertising to a "usual" or "regular" price unless it is a price at which the seller ordinarily sells the thing advertised. *Bankers Securities Corp. v. FTC*, 297 F.2d 403 (3d Cir. 1961); *Giant Food, Inc. v. FTC,* 322 F.2d 977, 981 (D.C.Cir. 1963); *Niresk Industries, Inc. v. FTC*, 278 F.2d 337 (7th Cir. 1960); *Coro, Inc. v. FTC*, 338 F.2d 149 (1st Cir. 1964).

## COUNT I–DECEPTIVE PRACTICES

19.     Plaintiff incorporates paragraphs 1-18.

20.     Defendants engaged in unfair and deceptive practices by advertising "Three tires at regular price, fourth tire for one dollar," while selling (CIC) and permitting the sale (TMS) of the three tires at prices in excess of those for which they normally sell.

21.     This practice is deceptive and injurious.  Defendants, if they wished to advertise "Three tires at regular price, fourth tire for one dollar," were legally required to sell (CIC) and insure the sale (TMS) of the three tires at prices that were not in excess of those for which they normally sell.

22.     The practice is actionable under M.G.L.A. 93A §§2 and 9 and N.H. Rev. Stat. §§358-A:2 and 358-A:10.  Members of the class defined below also have claims under Calif. Bus. & Professions Code §§17200 et seq., 815 ILCS 505/2 (Illinois), and New York General Business Law §§349-350,

## CLASS ALLEGATIONS

23.     Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class and subclass.

24. The class consists of (a) all persons who made purchases from dealers in Massachusetts, New Hampshire, California,  Illinois, New York, (b) who bought tires pursuant to the TMS "Three tires at regular price, fourth tire for one dollar," promotion, (c) and paid a price for the three tires in excess of the price of which they were regularly sold by the dealer not as part of the discount event (d) at any time during the period beginning three years prior to the filing of this action.

25. The subclass consists of persons who bought at CIC.

26. Excluded from the class are defendants; any affiliate, parent, or subsidiary of defendants; any entity in which defendants have a controlling interest; any officer, director, or employee of defendants; any successor or assign of defendants; anyone employed by counsel for plaintiff in this action; and any judge to whom this case is assigned, his or her spouse, and all persons within the third degree of relationship to them, as well as the spouses of such persons.

27. The class is so numerous that joinder of all members is not practicable.  There are more than 100 class members.

28. There are common questions of law and fact with respect to the class, which common questions predominate over questions affecting only individual class members. These common questions include:

a. What defendants' practice is regarding the advertising and sale of tires;

b. Whether such practice is deceptive.

29. Plaintiff's claims are typical of those of the proposed class.  All of their claims have the same legal and factual basis.

30.     Plaintiff will fairly and adequately represent the class.  There is no conflict of interest between the plaintiff and the class members.  Plaintiff has retained counsel competent and experienced in class action litigation, and intends to prosecute this action vigorously.

31.     This class action is superior to other available means for the fair and efficient adjudication of this dispute. While the individual injuries suffered by each proposed class member are meaningful, they are sufficiently small that individual actions are not economical. Even if class members could afford individual litigation, there is no reason to burden the courts with multiple actions.

**WHEREFORE**, the Court should enter judgment in favor of plaintiff and the class members and against defendants for the following relief:

i.      Actual damages;

ii.     Statutory damages;

iii.    Attorney's fees, litigation expenses and costs;

iv.     Injunctive relief against further violations;

v.      Such other or further relief as the Court deems proper.

## COUNT II–UNJUST ENRICHMENT

32.     Plaintiff incorporates paragraphs 1-18.

33.     Defendants obtained money by inequitable means, by advertising "Three tires at regular price, fourth tire for one dollar," while selling (CIC) and permitting the sale (TMS) of the three tires at prices in excess of those for which they normally sell, such that they should be required to make restitution.

34.     This practice is deceptive and injurious.  Defendants, if they wished to advertise "Three tires at regular price, fourth tire for one dollar," were legally required to sell (CIC) and insure the sale (TMS) of the three tires at prices that were not in excess of those for which they normally sell.

## CLASS ALLEGATIONS

35.     Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), plaintiff brings this claim on behalf of class and subclass.

36.     The class consists of (a) all persons who reside or made purchases in Massachusetts, New Hampshire, California, Illinois, New York, (b) who bought tires pursuant to the TMS "Three tires at regular price, fourth tire for one dollar," promotion, (c) and paid a price for the three tires in excess of the price of which they were regularly sold by the dealer not as part of the discount event (d) at any time during the period beginning three years prior to the filing of this action.

37.     The subclass consists of persons who bought at CIC.

38.     Excluded from the class are defendants; any affiliate, parent, or subsidiary of defendants; any entity in which defendants have a controlling interest; any officer, director, or employee of defendants; any successor or assign of defendants; anyone employed by counsel for plaintiff in this action; and any judge to whom this case is assigned, his or her spouse, and all persons within the third degree of relationship to them, as well as the spouses of such persons.

39.     The class is so numerous that joinder of all members is not practicable.  There are more than 40 class members.

40.     There are common questions of law and fact with respect to the class, which common questions predominate over questions affecting only individual class members. These common questions include:

a.      What defendants' practice is regarding the advertising and sale of tires;

b.      Whether such practice results in unjust enrichment.

41.      Plaintiff's claims are typical of those of the proposed class.  All of their claims have the same legal and factual basis.

42.      Plaintiff will fairly and adequately represent the class.  There is no conflict of interest between the plaintiff and the class members.  Plaintiff has retained counsel competent and experienced in class action litigation, and intends to prosecute this action vigorously.

43.      This class action is superior to other available means for the fair and efficient adjudication of this dispute. While the individual injuries suffered by each proposed class member are meaningful, they are sufficiently small that individual actions are not economical.  Even if class members could afford individual litigation, there is no reason to burden the courts with multiple actions.

**WHEREFORE**, the Court should enter judgment in favor of plaintiff and the class members and against defendants for the following relief:

i.      Actual damages;

ii.      Statutory damages;

iii.      Attorney's fees, litigation expenses and costs;

iv.      Injunctive relief against further violations;

v.      Such other or further relief as the Court deems proper.

/s/Christopher M. Lefebvre
Attorney for Plaintiffs
Christopher M. Lefebvre, Esq. BBO# 629056
Consumer & Family Law Center of
Claude F. Lefebvre | Christopher M. Lefebvre, PC
PO Box 479 • Pawtucket • RI • 02862
Tel: (401) 728-6060 • Fax: (401) 728-6534
chris@lefebvrelaw.com
Page **8** of **9**

pro hac vice admission to be sought

Cathleen M. Combs, Esq.
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500 • Chicago, Illinois 60603
Tel: (312) 739-4200 • Fax: (312) 419-0379

### JURY DEMAND

Plaintiff demands trial by jury.

/s/Christopher M. Lefebvre
Christopher M. Lefebvre, Esq. BBO# 629056

### DOCUMENT PRESERVATION DEMAND

Plaintiff hereby demands that each defendant take affirmative steps to preserve all recordings, data, documents, and all other tangible things that relate to plaintiff, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with plaintiff, and any account or number or symbol relating to them. These materials are likely very relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody, or control of any such materials, plaintiff demands that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

/s/Christopher M. Lefebvre
Christopher M. Lefebvre, Esq. BBO# 629056

# EXHIBIT A



PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
EPSILON

**HURRY IN! OFFER EXPIRES ON 10/31/16.**

P.O. Box 935
West Chicago, IL 60186

TOYOTA

# Tire Savings Event

## Get the deal that puts family safety first.

1 10 ********AUTO**5-DIGIT 60035
82247 17564
Francis Greene
604 Mulberry Pl
Highland Park, IL 60035-3604

## BUY 3 TIRES, GET THE 4ᵀᴴ FOR $1 *

*Restrictions apply. See participating Toyota dealer for details. Offer valid on select brands: OEM, OEA and WIN replacement tires only. Tires must be dealer-installed. Three tires at regular price, fourth tire for one dollar. Fourth tire must be of equal or lesser value. Excludes mounting and balancing, sales tax, shop supplies, tire disposal, and other applicable taxes. Excludes previous purchases. Toyota and Scion vehicles only. Offer only available at participating Toyota dealers 9/30/16 – 10/31/16.
©2016 Toyota Motor Sales, U.S.A., Inc.

# BUY 3 TIRES, GET THE 4™ FOR $1*

*SAVE ON AN INVESTMENT IN SAFETY.

BRIDGESTONE · DUNLOP · GOOD/YEAR · HANKOOK · KUMHO TIRES · Continental · PIRELLI · Firestone · YOKOHAMA · GENERAL TIRE

---

## NORTHBROOK
TOYOTA · SCION

**Northbrook Toyota**
1530 Skokie Blvd
Northbrook, IL 60062
847-272-0808
www.northbrooktoyota.com

**Service Hours**

| Day | Hours |
|---|---|
| Monday | 7:00 AM - 8:00 PM |
| Tuesday | 7:00 AM - 8:00 PM |
| Wednesday | 7:00 AM - 8:00 PM |
| Thursday | 7:00 AM - 8:00 PM |
| Friday | 7:00 AM - 6:00 PM |
| Saturday | 7:00 AM - 3:00 PM |
| Sunday | Closed |

Text TIRE1 to 20284
or scan this QR code
to save the tire offer
to your mobile phone.

You will receive 1 autodialed message to your phone.
Message and data rates may apply. Privacy policy and
Terms & Conditions: https://mp.vibescm.com/c/mkpej

---

## Parts & Labor Bonus Coupon

*Spend $100-$199 and save $15 *Spend $200-$299 and save $20
*Spend $300-$399 and save $30 *Spend $400-$499 and save $40
*Spend $500-$599 and save $50 *Spend $600-$699 and save $60
*Spend $700-$899 and save $75 *Spend $900+ and save $100

## SAVE!

**Northbrook Toyota**

Toyotas only. Cannot be combined with other offers. Plus tax if applicable. Present coupon at time of service. Not valid on tires. See dealer for other important details. Offer expires on 10/31/16.

---

## TrueStart Battery

*84 month warranty (24 month free replacement/ 60 month proration) *Meets Toyota specifications for all vehicles *High reserve capacity *Longer lasting life

## $145⁰⁰

**Northbrook Toyota**

Toyota vehicles only. Plus tax if applicable. Present coupon at time of service. Cannot be combined with other offers. Includes installation. Excludes some hybrid models. See dealer for other important details. Offer expires on 10/31/16.

---

## Everyday Low Price Oil Change

$29.00 Conventional oil.
$59.00 Synthetic oil.
Service Includes: *Up to five (5) quarts GENUINE TOYOTA Motor Oil *GENUINE TOYOTA Oil Filter *Multi-Point Inspection

**Northbrook Toyota**

Toyota vehicles only. Plus tax if applicable. Present coupon at time of service. Cannot be combined with other offers. See dealer for other important details. Offer expires on 10/31/16.

---

## SightLine Wipers

*Combination of modern styling, appealing aesthetics and superior performance *Developed to fit specific windshield curvatures of Toyota vehicles *Superior windshield contact on all points of the glass * Covered, aerodynamic blade design

## $10 OFF a Pair

**Northbrook Toyota**

Toyotas only. Cannot be combined with any other offers. Plus tax-if applicable. Present coupon at time of service. Some models excluded. See dealer for other important details. Offer expires on 10/31/16.

# EXHIBIT B

1/22/2017                    Buy 3 Tires Get the Fourth for Only a Dollar at LaGrange Toyota in LaGrange, GA

# LaGrange Toyota Scion

1221 Lafayette Parkway LaGrange, GA 30241

**Sales**: (866) 726-1611

## Tire Savings Event



Select Language ▼

## Toyota Tire Savings Event
**Buy 3 tires and get the fourth for only a dollar.**
**Enjoy 24-month road hazard protection included in the price of your tires.***



1 Restrictions apply. See participating Toyota dealer for details. OEM, OEA, and WIN replacement tires only. Not valid on run-flat tires. Tires must be dealer-installed. Three tires at regular price, fourth tire one dollar. Fourth tire must be of equal or lesser value. Excludes mounting & balancing, sales tax, shop supplies, tire disposal, & other applicable taxes. Excludes previous purchases. Not valid with any other coupon, offer or advertised special, except multi-point inspection. Toyota & Scion vehicles only. Offer only available at participating Toyota dealers 5/1/14 - 5/31/14.

http://www.lagrangetoyota.com/tire-savings-event-lagrange-ga.htm                                         1

1/22/2017                    Buy 3 Tires Get the Fourth for Only a Dollar at LaGrange Toyota in LaGrange, GA

*Exclusions apply. See your participating Toyota dealership for details.



×



Current
Wait -
None

Ask us a question - we are    CHAT

×
Enter your mobile phone number and someone from
Lagrange Toyota will respond with a text to your
phone right away.
Department
New Car Sales    ▼
Your Name
Name
Your Mobile Number
Phone
By clicking "CONNECT"I agree to receive emails,
text messages, and phone calls, which may be
recorded and/or sent using automated dialing or
emailing equipment or software, from Lagrange
Toyota and its affiliates and business partners in the
future, unless I opt-out from such communications. I
also agree to the Terms of Use and Privacy Policy
linked below. I understand that my consent to be
contacted is not a requirement to purchase any
product or service and that I can opt-out at any time. I
agree to pay my mobile service provider's text
messaging rates, ifapplicable.
CONNECT
Skip and continue
TEXT

Chat
×
Enter your message    Send

1/22/2017                    Toyota Tire Savings Event | Andrew Toyota



**Sales: (877) 308-0883**
(http://www.andrewtoyota.com/tel:(877) 308-0883)
**Service: (877) 204-8005**
(http://www.andrewtoyota.com/tel:(877) 204-8005)
**Parts: (866) 784-7530**
(http://www.andrewtoyota.com/tel:(866) 784-7530)

1620 West Silver Spring Drive MilwaukeeMap/Hours (http://www.andrewtoyota.com/contact-us)

# Andrew Toyota (http://www.andrewtoyota.com/blog/) Official Blog

## Toyota Service: Buy Three Tires, Get The Fourth For One Dollar!

By Shelby | Posted in Dealer Information (http://www.andrewtoyota.com/blog/category/dealer-information/), Specials (http://www.andrewtoyota.com/blog/category/specials/), Toyota Service (http://www.andrewtoyota.com/blog/category/specials/toyota-service/) on Monday, April 18th, 2016 at 8:00 am




### *Four seasons, one spring. Four tires, one deal!*

Every season of the year brings something special to the table, but spring's a little different. It comes right after rough winter weather, pothole obstacle courses and miles of road salt, all of which can take a pretty heavy toll on your ride. It's also a few months before the joys of summer, the official season of hot tarmac, unforgiving heat, quick commutes and long trips.

Perhaps the most important thing about spring is that it gives us a time to make sure our Toyotas are in tip-top shape – and we want to help.

*For a limited time, when you buy 3 tires, you can get the 4th for only $1! (1)*

Your safety is everything to us, and tires are the foundation of a steady drive. Visit *Andrew Toyota Scion (http://www.andrewtoyota.com/about-our-toyota-service-department)* today, find your fit, and enjoy the rest of this beautiful season.

### Schedule Service (http://www.andrewtoyota.com/schedule-service)



(http://www.andrewtoyota.com/blog/wp-content/uploads/2016/04/tires_ug_fb.jpg)

1/22/2017                                Toyota Tire Savings Event | Andrew Toyota

(1)Restrictions apply. See participating Toyota dealer for details. Offer valid on select brands. OEM, OEA and WIN replacement tires only. Tires must be dealer-installed. Three tires at regular price, fourth tire for one dollar. Fourth tire must be of equal or lesser value. Excludes mounting and balancing, sales tax, shop supplies, tire disposal, and other applicable taxes. Excludes previous purchases. Toyota and Scion vehicles only. Offer only available at participating Toyota dealers 4/1/16 – 4/30/16. ©2016 Toyota Motor Sales, U.S.A., Inc.

Be Sociable, Share!

(http://...)
text=Toyota+%E2%80%93...

Tags: Andrew Toyota (http://www.andrewtoyota.com/blog/tag/andrew-toyota/), Andrew Toyota Glendale (http://www.andrewtoyota.com/blog/tag/andrew-toyota-glendale/), Andrew Toyota Milwaukee (http://www.andrewtoyota.com/blog/tag/andrew-toyota-milwaukee/), Andrew Toyota Service (http://www.andrewtoyota.com/blog/tag/andrew-toyota-service/), andrews toyota (http://www.andrewtoyota.com/blog/tag/andrews-toyota/), milwaukee tires (http://www.andrewtoyota.com/blog/tag/milwaukee-tires/), Milwaukee Toyota (http://www.andrewtoyota.com/blog/tag/milwaukee-toyota/), milwaukee wi tires (http://www.andrewtoyota.com/blog/tag/milwaukee-wi-tires/), scion (http://www.andrewtoyota.com/blog/tag/scion/), tire repair milwaukee (http://www.andrewtoyota.com/blog/tag/tire-repair-milwaukee/), tire rotations west allis wi (http://www.andrewtoyota.com/blog/tag/tire-rotations-west-allis-wi/), tires milwaukee (http://www.andrewtoyota.com/blog/tag/tires-milwaukee/), Toyota (http://www.andrewtoyota.com/blog/tag/toyota/), Toyota Dealer (http://www.andrewtoyota.com/blog/tag/toyota-dealer/), Toyota Dealers Milwaukee (http://www.andrewtoyota.com/blog/tag/toyota-dealers-milwaukee/), Toyota Dealership (http://www.andrewtoyota.com/blog/tag/toyota-dealership/), Toyota Dealership Milwaukee (http://www.andrewtoyota.com/blog/tag/toyota-dealership-milwaukee/), Toyota Milwaukee (http://www.andrewtoyota.com/blog/tag/toyota-milwaukee/), Toyota Near Me (http://www.andrewtoyota.com/blog/tag/toyota-near-me/), toyota oil change and tire rotation (http://www.andrewtoyota.com/blog/tag/toyota-oil-change-and-tire-rotation/)

| < Previous post | get-the-fourth (http://www.andrewtoyota.com/blog/toyota-the-most-fuel-efficient-full-line-automotive-manufacturer/) (http://www.andrewtoyota.com/blog/april-2016-sales-specials-at-andrew-toyota/) | Next post > |

This entry was posted on Monday, April 18th, 2016 at 8:00 am and is filed under Dealer Information (http://www.andrewtoyota.com/blog/category/dealer-information/), Specials (http://www.andrewtoyota.com/blog/category/specials/), Toyota Service (http://www.andrewtoyota.com/blog/category/specials/toyota-service/). You can follow any responses to this entry through the RSS 2.0 (http://www.andrewtoyota.com/blog/toyota-service-buy-three-tires-get-the-fourth-for-one-dollar/feed/) feed. Both comments and pings are currently closed.

Comments are closed.

## Categories

- Andrew Toyota Service Center (http://www.andrewtoyota.com/blog/category/andrew-toyota-service-center/)
- Award Announcements (http://www.andrewtoyota.com/blog/category/dealer-information/dealership-award-announcements/)
- Community Outreach (http://www.andrewtoyota.com/blog/category/community-outreach/)
- Dealer Information (http://www.andrewtoyota.com/blog/category/dealer-information/)
- New Scion (http://www.andrewtoyota.com/blog/category/new-scion/)
- New Toyota (http://www.andrewtoyota.com/blog/category/specials/new-toyota/)
- Specials (http://www.andrewtoyota.com/blog/category/specials/)
- Toyota 4Runner (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-4runner/)
- Toyota Avalon (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-avalon/)
- Toyota Avalon Hybrid (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-avalon-hybrid/)
- Toyota Camry (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-camry/)
- Toyota Camry Hybrid (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-camry-hybrid/)
- Toyota Corolla (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-corolla/)
- Toyota Highlander (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-highlander/)
- Toyota Highlander Hybrid (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-highlander-hybrid/)
- Toyota Land Cruiser (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-land-cruiser/)
- Toyota Models (http://www.andrewtoyota.com/blog/category/toyota-models/)
- Toyota Prius (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-prius/)
- Toyota Prius c (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-prius-c/)
- Toyota Prius v (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-prius-v/)
- Toyota RAV4 (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-rav4/)
- Toyota Rav4 Hybrid (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-rav4-hybrid/)
- Toyota Service (http://www.andrewtoyota.com/blog/category/specials/toyota-service/)
- Toyota Sienna (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-sienna/)
- Toyota Tacoma (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-tacoma/)
- Toyota Technology (http://www.andrewtoyota.com/blog/category/toyota-technology/)
- Toyota Tundra (http://www.andrewtoyota.com/blog/category/toyota-models/toyota-tundra/)
- Toyota vs Subaru (http://www.andrewtoyota.com/blog/category/toyota-vs-subaru/)
- Used Toyota (http://www.andrewtoyota.com/blog/category/specials/used-toyota/)
- Vehicle Announcements (http://www.andrewtoyota.com/blog/category/vehicle-announcements/)

Text Us

Copyright © Andrew Toyota Contact (http://www.andrewtoyota.com/contact-andrew-toyota-in-milwaukee-wi) | Privacy (http://www.andrewtoyota.com/terms) | Sitemap (http://www.andrewtoyota.com/sitemap)

Responsive Dealer Website by (http://www.dealerfire.com)    *DealerFire*  (http://www.dealerfire.com)

# Buy 3 Tires & Get The Fourth For Only A Dollar.¹



**Tire Savings Event**

KEEP YOUR TOYOTA A TOYOTA WITH TIRES MATCHED EXACTLY TO YOUR VEHICLE!

- Enjoy 24-month road hazard protection included in the price of your tires. (Exclusions apply. See us for details.)
- Tires play an important role in your vehicle's handling, performance and driving comfort and can also have an impact on your Toyota's fuel efficiency.



**HILAND TOYOTA**

¹Restrictions apply. See participating Toyota dealer for details. OEM, OEA and WIN replacement tires only. Tires must be dealer-installed. Three tires at regular price, fourth tire for one dollar. Fourth tire must be of equal or lesser value. Excludes mounting & balancing, sales tax, shop supplies, tire disposal & other applicable taxes. Excludes previous purchases. Toyota & Scion vehicles only. Offer only available at Hiland Toyota. Expires 04/30/16.

---

# Brake Pads Special

## FRONT OR REAR... YOUR CHOICE!



- Replace front or rear brake pads
- Resurface Rotors
- Inspect Calipers & Brake Lines

## $20 OFF

**HILAND TOYOTA**

One axle only - front or rear. Cannot be combined with any other offer. One coupon per customer per transaction. Prices may vary due to size and condition of vehicle. Toyota vehicles only. Valid only at Hiland Toyota. Must present coupon upon arrival. See dealer for details. Expires 12/31/16.

---

# Cabin Air Filter

- Capture dust, pollen and other airborne particles
- Filter both recirculated & fresh air
- Toyota designed and engineered to precisely fit your Toyota



## $34⁹⁵

+ Tax and applicable shop fees

**HILAND TOYOTA**

Cannot be combined with any other offer. One coupon per customer per transaction. Prices may vary due to size and condition of vehicle. Toyota & Scion vehicles only. Valid only at Hiland Toyota. Must present coupon upon arrival. Expires 12/31/16.

---

# 4-Wheel Alignment

- Set front wheel caster, camber & toe-in on applicable vehicles
- Set all specifications to achieve proper thrust angle
- Inspect steering linkage & shocks
- Check tire pressure & tire wear



## $69⁹⁵

+ Tax and applicable shop fees

**HILAND TOYOTA**

Cannot be combined with any other offer. One coupon per customer per transaction. Prices may vary due to size and condition of vehicle. Toyota & Scion vehicles only. Valid only at Hiland Toyota. Must present coupon upon arrival. Expires 12/31/16.

---

# Genuine Toyota TrueStart™ Battery

- 84-month warranty (24-month free replacement, 60-month proration)
- Meets Toyota specifications for all vehicles
- High reserve capacity
- Longer-lasting life



## $121

Installation not included

**HILAND TOYOTA**

Cannot be combined with any other offer. One coupon per customer per transaction. Prices may vary due to size and condition of vehicle. Toyota & Scion vehicles only. Valid only at Hiland Toyota. Must present coupon upon arrival. Expires 12/31/16.

---

# 20% OFF

## All Repairs

### on eligible Toyotas



- Your Toyota with over 100,000 miles or more than 10 years old is eligible
- Includes Multi-Point Inspection
- Includes Rental Car with Major Repairs

**HILAND TOYOTA**

Cannot be combined with any other offer. One coupon per customer per transaction. Valid for Toyota & Scion vehicles, at least 10 years old or with 100,000 + miles only. Valid only at Hiland Toyota. Must present coupon at service write-up. Expires 12/31/16.

1/22/2017        Manhattan Beach Toyota Scion | Tire Sale—Buy 3 Tires, Get the 4th for $1 All Through April

1500 N. Sepulveda Blvd. Manhattan Beach, CA 90266

Sales: (888) 703-8534
980-7299
0-4491



$1 All Through April

Andrisa Sperber

  

**Manhattan Beach, CA, April 1, 2015--**Driving in Los Angeles and the South Bay puts so many miles on your Toyota each year. The month-long Tire Savings Event or Tire Sale at Manhattan Beach Toyota in April may be the perfect time to replace those beat tires. Besides, the tire is the only part of the vehicle that touches the road. Why not play it safe and make sure the tires on your vehicle are in good condition or replaced if necessary.

Your Toyota's tires should be in great condition before getting on the road to work or school to increase the safety already provided by the Toyota you drive. Tires also play an important role in a vehicle's handling, performance and driving comfort. Toyotas already get great miles per gallon (MPG) but the vehicle can get even better MPG with new tires because tires can influence the fuel efficiency of a Toyota and other vehicles.

The National Highway Traffic Safety Administration (NHTSA) recommends maintaining proper tire pressure, observing tire and vehicle load limits and avoiding road hazards to extend the life of tires. Before getting on the road, inspect tires for slashes, cuts and other damage. If these irregularities are spotted on the tires but action is not taken to repair or replace the tires, tread separation, a blowout or flats can occur.

To maintain tire safety, the NHTSA further recommends new tires be purchased at the same size as the vehicle's original tires or another size recommended by the manufacturer. The Parts Department at Manhattan Beach Toyota can help determine the best tire for the vehicle.

During the entire month of April save on tires at Manhattan Beach Toyota on Sepulveda Boulevard near Torrance, Redondo Beach and El Segundo. The Tire Savings Event is essentially like a month-long coupon or special in the Toyota Parts Department. Buy 3 tires and get the fourth for only $1* (one dollar!) during the Toyota dealership Tire Savings Event or Tire Sale. That's a huge savings on tires for a Toyota in April right before the summer months, which bring road trips!

Some tires are matched exactly for the Toyota model you drive. Manhattan Beach Toyota has a large selection of tires and the best brands including, Bridgestone, Continental, Dunlop, Goodyear, Hankook, Kumho, Pirelli, Toyota and Yokohama.

To keep you even safer while driving on Los Angeles streets and freeways tires purchased at Manhattan Beach Toyota near Redondo Beach come with 24-month road hazard protection included in the price of the tires.*

Get the tires designed for your Toyota by using the online Tire Center on this Toyota dealership's web site.
http://www.manhattanbeachtoyota.com/manhattan-beach-tire-center-near-marina-del-rey.htm

*Restrictions apply. Ask us about details. Offer valid on select brands. OEM, OEA and WIN replacement tires only. Tires must be dealer-installed. Three tires at regular price, fourth tire for one dollar. Fourth tire must be of equal or lesser value. Excludes mounting and balancing, sales tax, shop supplies, tire disposal and other applicable taxes. Excludes previous purchases. Toyota and Scion vehicles only. Offer available at participating Toyota dealers April 1, 2015 to April 30, 2015.

Categories: Parts, News

## Comments

▷ AdChoices

**Hubert Vester Toyota**

3712 Raleigh Road Parkway
Wilson, NC 27896

Contact Us: 252-291-5300

---

### Tire Savings Event
### Buy 3 tires and get the fourth for only $1

Buy 3 tires and get the 4th for only a dollar plus get up to $70 Visa Prepaid Card with the purchase of 4 qualifying tires.

*1Restrictions apply. See participating Toyota dealer for details. OEM, OEA and WIN replacement tires only. Tires must be dealer-installed. Three tires at regular price, fourth tire for one dollar. Fourth tire must be of equal or lesser value. Excludes mounting & balancing, sales tax, shop supplies, tire disposal, & other applicable taxes. Excludes previous purchases. Toyota & Scion vehicles only. Offer only available at participating Toyota dealers 4/1/16 – 4/30/16. ©2016 Toyota Motor Sales, U.S.A., Inc. \*\*Toyota dealers will match any competitor's price on tires. Must bring proof of competitor pricing at the time of purchase and the price must be current within the last 30 days. Competitor must be within 50 miles of dealership. Customer must present competitor's written valid coupon, advertisement or repair estimate prior to vehicle repair. Excludes Internet sales and prices. May not be combined with other coupons or offers. See dealer for details. Expires 4/30/16.*



*Expires 06/01/2016*

1/22/2017       Halterman's Toyota Scion | New Toyota dealership in East Stroudsburg, PA 18301

  

1741 PARADISE TRAIL, RTE 447 EAST STROUDSBURG, PA 18301

Select Language ▼     SALES: (866) 939-8721

SERVICE: (866) 574-3082

PARTS: (866) 938-9631

(http://www.halterman.com/contact-us.htm?hl=en)

(http://www.bbb.org/washington-dc-eastern-pa/business-reviews/auto-dealers-new-cars/halterman-s-toyota-scion-mitsubishi-in-e-stroudsburg-pa-235963634)

## October Tire Savings Event



(http://www.haltermantoyota.com/tire-center.htm)

During the Tire Savings Event, buy 3 tires and get the fourth for one dollar.

The best way to keep your Toyota a Toyota is with tires matched exactly for your Toyota

Enjoy 24-month road hazard protection included in the price of your tires.

Visit the Halterman Toyota Service Center in East Stroudsburg PA during the month of October for this amazing deal.

Halterman Toyota can help you determine the best tire for your vehicle.

Tires play an important role in your vehicle's handling, performance and driving comfort and can also have an impact on your Toyota's fuel efficiency.

Directions        **Choose from the best tire brands including:**

Bridgestone

Continental

Dunlop

Goodyear

Hankook

Kumho



**Pirelli**
**Toyo**
**Yokohama**

**Request More Information**

| First Name* | |
| Last Name* | |
| Contact Me by* | Email |
| Email* | |
| Home Phone | |
| Current Year, make and model | |

*Restrictions apply. See participating Toyota dealer for details. OEM, OEA, and WIN replacement tires only. Tires must be dealer-installed. Three tires at regular price, fourth tire for one dollar. Fourth tire must be of equal or lesser value. Excludes mounting & balancing, sales tax, shop supplies, tire disposal, & other applicable taxes. Excludes previous purchases. Toyota & Scion vehicles only. Offer only available at participating Toyota dealers 10/01/2014 - 10/31/2014

1/22/2017                    Toyota Tire Savings Event | Stephen Toyota serving Bristol, Hartford & Waterbury, CT



## Stephen Toyota

Sales: (866) 439-1776   Service: (866) 437-4436   Parts: (866) 451-7847   BODY SHOP: (866) 584-74

1069 Farmington Ave, Bristol, CT 06010 Directic

Select Language

Powered by Google Translate (https://translate.google.com)

# Tire Savings Event



## During the Toyota Tire Savings Event,
## buy 3 tires and get the fourth for only a dollar*

*+ Enjoy 24-month road hazard protection included in the price of your tires.***

## *Choose from the best tire brands including:*





 

**Why buy from a Toyota Dealer?**

We have Toyota Trained and Certified Technicians who know your vehicle inside and out. Whether you drive a Toyota Corolla, or a Tundra, we have all the approved and recommended brands that your Toyota deserves for the best possible driving experience.

Schedule an appointment online today or call 860-584-7406 to speak with a Toyota Service Adviser.



STEPHEN TOYOTA

**Disclaimer:**

*Restrictions apply. See participating Toyota dealer for details. OEM, OEA and WIN replacement tires only. Tires must be dealer-installed. Three tires at regular price, fourth tire for one dollar. Fourth tire must be of equal of lesser value. Excludes mounting and balancing, sales tax, shop supplies, tire disposal and other applicable taxes. Excludes previous purchases. Toyota and Scion vehicles only. Offer only available at participating Toyota dealers 10/1/15-10/31/15
**Exclusions apply. See your participating Toyota dealership for details.

☎ Sales (tel:877-857-0124)    ☎ Service (tel:888-539-1797)    ☎ Parts (tel:888-539-1794)    📍 Map
(https://www.google.com/ma

Open Today! 9:00 AM - 9:00 PM

**Home**    **New**    **Used**    **Specials**    **Research**    **Finance**    **Service**    **Parts**    **About**

En Español    Open Today! 9:00 AM - 9:00 PM  |    **Log In**  |  **Sign I**



(/)

33395 Camino Capistrano, San Juan Capistrano, CA 92675
(https://www.google.com/maps/dir//33395+Camino+Capistrano%2C
Sales: **877-857-0124 (tel:877-857-0124)** | Service: **888-539-17$
**(tel:888-539-1797)** | Parts: **888-539-1794 (tel:888-539-179**

Home (/)

# Tire Savings Event

Buy 3 Tires and get the fourth
for only a dollar*





This January, Capistrano Toyota Customers Can Buy Three Tires And Get The Fourt
For Only A Dollar When Installed On A Toyota Or Scion Vehicle.

*And get FREE Lifetime Tire Rotations for the Life of These Tires!

*Free Lifetime Tire Rotations valid only at Capistrano Toyota and on tires purchased during this Tire
Savings Event.

# Speak With Your Assistant Service Manager For Details.

# Fill Out The Form Below To Schedule Your Appointment Now!

## Contact Information

First Name: Required

Last Name: Required

Email Address: Required

email@domain.com

Phone Number: Required

xxx-xxx-xxxx

## Vehicle Information

Year

Make

Model

Mileage

VIN

Under Warranty?

Not Sure

## Requested Service(S)

- ☐ Oil Change

- ☐ Tire Rotation

- ☐ Coolant Flush

- ☐ Transmission Flush

- ☐ Tire Balance

- ☐ Filter Replacement

- ☐ Front End Alignment

- ☐ Replace / Adjust Brakes

- ☐ Muffler / Exhaust Repair

- ☐ Vehicle Checkup / Inspection

- ☐ Electrical Service

- ☐ Maintenance (Wipers, Headlights, Etc)

- ☐ Tire Savings Promotion

- ☐ Other (Please Describe Below)

Other Service Request(S)

Schedule Date / Time

| January | 2017 | | | | | | 3:00 PM |
|---|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | 3:30 PM |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 4:00 PM |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 4:30 PM |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 5:00 PM |
| 22 | **23** | 24 | 25 | 26 | 27 | 28 | 5:30 PM |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 | |

# Your Requested Date: 2017/01/23 15:09

## Additional Comments

By Submitting This Form You Will Be Scheduling A Service Appointment At No Obligation And Will Be Contacted Within 48 Hours By A Service Advisor.

Submit

### Eligible tire brands include:

**BRIDGESTONE**   **Continental TIRE**   **DUNLOP**   **Firestone**   **GENERAL TIRE GT**

**GOODYEAR**   **HANKOOK**   KUMHO TIRES   **PIRELLI**   **YOKOHAMA.**

*Restrictions apply. See Capistrano Toyota Service Advisors for details. Offer valid on select brands. Tires must be dealer-installed. Three tires at regular price, fourth tire for only one dollar. Fourth tire must be of equal or lesser value. Excludes mounting and balancing, sales tax, shop supplies, tire disposal and other applicable taxes. Excludes previous purchases. Toyota and Scion vehicles only. Offer only available at Capistrano Toyota.

**DEALER INFORMATION**

**Capistrano Toyota**
33395 Camino Capistrano
San Juan Capistrano, CA 92675
⚲ Get Directions (https://www.google.com/maps/dir//+++/)

Sales    Service    Parts

**Phone: 888-539-1797 (tel:888-539-1797)**

| | |
|---|---|
| Sunday: | CLOSED |
| Monday: | 7:00 AM - 7:00 PM |
| Tuesday: | 7:00 AM - 7:00 PM |
| Wednesday: | 7:00 AM - 7:00 PM |
| Thursday: | 7:00 AM - 7:00 PM |
| Friday: | 7:00 AM - 7:00 PM |
| Saturday: | 7:00 AM - 5:00 PM |

Capistrano Toyota

⚲ 33395 Camino Capistrano, San Juan Capistrano CA, 92675 (http://maps.google.com/?q=33395+Camino+Capistrano%2C+San+Juan+Capistrano+CA%2C+92675)

(https://www.facebook.com/Capist

(https://twitter.com/CapToyota

(https://www.youtube.com/channe

(https://plus.google.com/+Capistra
hl=en)


(https://www.pinterest.com/capoto

(https://www.instagram.com/capis

Privacy Policy (/privacy-policy)    Disclaimer (/disclaimer)    Sitemap (/sitemap)

© 2017 fusionZONE Automotive, Inc.

Responsive Automotive Dealer Website by fusionZONE Automotive (http://www.fzautomotive.com)

AdChoices

# EXHIBIT C

Toyota Of Nashua | New Toyota dealership in Nashua, NH 03060

http://www.toyotaofnashua.com/tires.htm

## TOYOTA

### GRABBER HTS60
Truck - All Purpose

Back



Move mouse over image above to zoom in.

TREAD    SIDE    ISOMETRIC



Let's Talk!

| Tech Specifications | Features & Overview |

| SIZE | PERFORMANCE |
|---|---|
| **265/70R16** | **112 T** |

**FEATURES**

| Road Hazard Coverage | 24-Month |
| Treadlife Warranty | 65K miles |
| Seasonality | All Season |
| Sidewall | Black Wall |
| Factory Original | No |

**SPECIFICATIONS**

| Item Weight | 36 lbs. |
| Max Rim Width | 9 IN |
| Min Rim Width | 7 IN |
| Overall Diameter | 30.6 IN |

## TOYOTA OF NASHUA



|  | Price | Installed |
|---|---|---|
|  | $173.00 | $197.75 |

Includes Road Hazard Coverage

Click for Promotions

4

### INFO BREAKDOWN

*Move your mouse over any data label to display a detailed definition here.*







10/6/2016 9:35 AM

# EXHIBIT D

http://www.toyotaofnashua.com/tires.htm

Toyota Of Nashua | New Toyota dealership in Nashua, NH 03060

TOYOTA OF NASHUA

| Price | Installed |
|---|---|
| $149.30 | $174.05 |

Includes Road Hazard Coverage

Click for Promotions

4

**INFO BREAKDOWN**

*Move your mouse over any data label to display a detailed definition here.*

GENERAL
TOYOTA

## GRABBER HTS60
Truck - All Purpose

Back

*TireCenter*

Let's Talk!

| Tech Specifications | Features & Overview |
|---|---|

| SIZE | PERFORMANCE |
|---|---|
| 265 / 70 R16 | 112 T |

**FEATURES**

| Road Hazard Coverage | 24-Month |
|---|---|
| Treadlife Warranty | 65K miles |
| Seasonality | All Season |
| Sidewall | Black Wall |
| Factory Original | No |

**SPECIFICATIONS**

| Item Weight | 36 lbs. |
|---|---|
| Max Rim Width | 9 IN |
| Min Rim Width | 7 IN |
| Overall Diameter | 30.6 IN |

Move mouse over image above to zoom in.



TREAD     SIDE     ISOMETRIC

9/29/2016 11:49 AM

2 of 2

# EXHIBIT E

TOYOTA OF NASHUA
10 MARMON DR
NASHUA, NH 03060

10/01/2016                    10:12:03
Merchant ID:                  17037947
Terminal ID:                  001

When you provide a check as payment, you authorize us to use information from your check to process a one-time Electronic Funds Transfer (EFT) or draft drawn from your account, or to process the payment as a check transaction. You also authorize us to process credit adjustments, if applicable. If your payment is returned unpaid, you authorize us to collect your payment and the Return Fee amount below by EFT(s) or draft(s) from your account.

ELECTRONIC CHECK
** Powered By TeleCheck **
*** A First Data Company ***

Transaction #:          006
Batch #:                941
Approval Code:          1576
Entry Method:           Swiped
Mode:                   Online
Trace Number:    140031000002761965296
Check Number:           6894

SALE AMOUNT             $571.75

RETURN FEE AMOUNT       $25.00

ELECTRONICALLY DEPOSITED
ITS SAFE. ITS SECURE
ITS FROM TELECHECK
QUESTIONS? CALL 1-800-697-9263

CUSTOMER COPY

See Cashier For Details

*INVOICE*

64      Customer #283965

**Invoice #: 944033**

Tag #: T1228

**TOYOTA of Nashua**
A Family Owned Company for Over Forty Years
10 MARMON DRIVE · NASHUA, N.H. 03060
PHONE (603) 888-3555
TOYOTA PARTS LINE (603) 891-5637
N.E. WATS (800) 300-3555

Service Advisor: 427 VICKY C BACK

| MAKE/MODEL | | VIN | | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| A SEQUOIA | | 5TDBT44A72S078883 | | 508DKS | 289256 | 289256 |
| PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| WAIT 03OCT16 | | 112.00 | CASH | 01OCT16 | 07:46 01OCT16 | 09:14 01OCT16 |

CODE TECH TYPE HOURS                                    LIST      NET    TOTAL
STATES INSTALL 4 TIRES SKU# 0450471 GENERALGRABBER HTS60 BSW
CUST REQUESTED SOP ADVISED CUST MAY HAVE NEW PRICING IN PLACE /
EXPRESS TEAM COST ADJUSTMENT
         0.00  LABOR:--        0.00  OTHER:--              0.00
1275/1299-------------  COMPLETED 4 TIRES MOUNYT AND BALANCE
         ***************************************************
DECLINED ALIGNMENT
P NO WORK PERFORMED
1299           CPT
         0.00  LABOR:--        0.00  OTHER:--              0.00
         ***************************************************
THREE TIRES GET ONE FOR A DOLLAR
Y3 BUY THREE TIRES GET ONE FOR A DOLLAR
1299           CPT
1 DT000-50471-GE 265/70R16                              173.00
3 TDF TIRE DISPOSAL FEE                                   2.25
1 BUY3 SINGLE TIRE                                        1.00
520.00  LABOR:--       80.00  OTHER:--              6.75
         ***************************************************
TIRE $1.00
H 4TH TIRE $1.00
1299 INIT
1 DT000-50471-GE 265/70R16
1 TDF TIRE DISPOSAL FEE
         0.00  LABOR:--        0.00  OTHER:--              0.00
         ***************************************************
CPT
00 CUSTOMER LOYALTY DISCOUNT
CUSTOMER LOYALTY DISCOUNT
CPT
DED DISCOUNT TO CUSTOMER
-93-9

TOTAL LINE A:        0.00
                     0.00
TOTAL LINE B:        0.00
                     0.00
TOTAL LINE          80.00
                   173.00
                     6.75
                     1.00
TOTAL LINE C:      606.75
TOTAL LINE D:      -30.00
                    -5.00

Department Hours
Monday to Friday
7:00am - 8:30pm
Saturday
7:00am - 5:30pm

(603) 689-1541

www.toyotaofnashua.com/service

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

X _____
        CUSTOMER SIGNATURE

Page 1 of 1

| | | LABOR AMOUNT | 80.00 |
|D|PARTS AMOUNT| | 520.00 |
|E|GAS, OIL, LUBE| | 0.00 |
|S|SUBLET AMOUNT| | 0.00 |
|C|MISC. CHARGES| | 6.75 |
|R|TOTAL CHARGES| | 606.75 |
|I|ADJUSTMENTS| | 35.00 |
|P|SALES TAX| | 0.00 |
|T| | | |
|A| | | |
|L| | | |
|S| | | |
|O|PLEASE PAY| | |
|N|THIS AMOUNT| | 571.75 |

{N/C}
{N/C}
{N/C}
0.00
-30.00
-5.00

THANK YOU!

Copyright 2014 CDK Global, LLC  DMS SERVICE INVOICE  XSDC  9638600  Customer Copy

# COMPLAINT APPROVAL FORM

Attach this form to the complaint.

CASE NAME _Joseph Presti v._           ECL&G FILE NUMBER _33304_
_Toyota Motor Sales (U.S.A), INC_
_+ Colonial Imports Corp_

Associate reviewed complaint with client: _____   _____

                                          Associate initials     Date

Complaint reviewed and approved by: (please initial)

DAE    _____
CMC    _____
JOL    _____

After all have reviewed:

Changes made    _____

If extensive changes are necessary, 2nd review approved:

DAE    _____
CMC    _____
JOL    _____

Complaint ready for filing:    _____

                               Associate initials