UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JOSEPH PRESTI**

V.                                                    CIVIL ACTION NO. **17-10320-DJC**

**TOYOTA MOTOR SALES U.S.A., INC., ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

     In accordance with the Memorandum and Order dated February 8, 2018, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

February 8, 2018                                                             /s/ Lisa M. Hourihan
                                                                                                 Deputy Clerk